OPINION — AG — THE ATTORNEY GENERAL CONCLUDES THAT ENGROSSED HOUSE BILL NO. 508, DATED TUESDAY, MARCH 2, 1965, IMPOSES THE TAX ON ALL WHEAT OVER 400 BUSHELS PRODUCED AND SOLD BY ANY WHEAT GROWER; THAT SAME DOES NOT EXEMPT ANY WHEAT OTHERWISE TAXABLE; THAT SAME WILL OPERATE UNIFORMLY UPON ALL WHEAT GROWERS; AND THAT SAID BILL NOW MEETS ALL THE REQUIREMENTS OF ARTICLE V, SECTION 50 AND ARTICLE X, SECTION 5 OF THE OKLAHOMA CONSTITUTION, REFERRED TO IN OPINION 65-119 (HARVEY CODY)